UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EVELYN HENDERSON,

      Plaintiff,

vs.                                     CASE NO. 04-CV-73978-DT
                                          HON. LAWRENCE P. ZATKOFF,

COMMISSIONER OF
SOCIAL SECURITY

      Defendant.

_____/

**OPINION AND ORDER ADOPTING MAGISTRATE**
**JUDGE'S REPORT AND RECOMMENDATION**

      Plaintiff filed the instant action seeking Social Security Supplemental Security Income benefits.  This matter is currently before the Court on Magistrate Judge Whalen's Report and Recommendation of January 5, 2006, in which the Magistrate Judge recommends that Plaintiff's Motion for Summary Judgment be denied and Defendant's Motion for Summary Judgment be granted.

      After a thorough review of the court file, the respective parties' motions and the Report and Recommendation, and noting that the time for filing any objections to the Report and Recommendation has expired, this Court will adopt the Report and Recommendation and enter it as the findings and conclusions of this Court.

      Therefore, IT IS HEREBY ORDERED that Defendant's Motion for Summary Judgment is GRANTED.  Plaintiff's Motion for Summary Judgment is DENIED.  Accordingly, this case is hereby DISMISSED WITH PREJUDICE.

   IT IS SO ORDERED.

                                    s/Lawrence P. Zatkoff_____
                                    LAWRENCE P. ZATKOFF
                                    UNITED STATES DISTRICT JUDGE

Dated:  January 30, 2006

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on January 30, 2006.

s/Marie E. Verlinde
Case Manager
(810) 984-3290